## CIVIL CAUSE FOR STATUS CONFERENCE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 0 9 2011 ★
LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

**DATE**: November 9, 2011                    **TIME**: 30 minutes

**CASE NUMBER**:    2:11-cv-01750-SJF-WDW

**CASE TITLE**:    Rubinstein v. CIGNA Life Insurance Company of New York et al

**PLTFFS ATTY**:    Jeffrey Delott
                    X present         __ not present

                    _____
                    __ present        __ not present

                    _____
                    __ present        __ not present

**DEFTS ATTY**:    Abigail Rubin and Emily Hayes
                    X present         __ not present

                    Thomas Christina
                    X present         __ not present

**COURT REPORTER**:        **COURTROOM DEPUTY**: Jasmine Major

**OTHER**: _____

_X_    CASE CALLED.

_     ARGUMENT HEARD / CONT'D TO _____.

_     DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**: Case Settled, as discussed on the record. Case closed.